**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBELIN NOEMI MANZANARES GUIDO,<br><br>        Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, ET AL.,<br><br>        Respondents. | Case No. 5:26-cv-02022-DMK<br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), at which the government bears the burden of proof, within seven (7) days of the date of this Order.  Respondents are to provide the immigration judge conducting the bond hearing with a copy of this Order.  Petitioner is to be released from custody within eight (8) days following the date of

this Order if she has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

Respondents are to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED: May 14, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2